UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF


v.                                        CRIMINAL ACTION NO. 3:25-CR-00166-DJH


LAJUAN LEOTIS SANDERS                                          DEFENDANT

### GOVERNMENT'S AMENDED EXHIBIT LIST
*-Electronically Filed-*

Comes now the United States of America, by counsel, and submits the following Proposed

Exhibit List. This contains a list of potential trial exhibits. The United States requests leave to

amend as necessary pending any agreed stipulations or ongoing trial preparations.

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 1 A-E | Google Maps images of 2317 W. Hill Street and surrounding area | |
| 2A | 911 Call from 05.26.2025 (01:47) | USA-000602 |
| 2B | 911 Call from 05.26.2025 (00:53) | USA-000603 |
| 3A | ShotSpotter Investigative Lead Summary Report (521-19226) | USA-000427 |
| 3B | ShotSpotter Audio from Investigative Lead Summary Report (521-19226) | USA-000427 |
| 3C | ShotSpotter Audio from Investigative Lead Summary Report (521-19226) | USA-000427 |
| 3D | ShotSpotter Audio from Investigative Lead Summary Report (521-19226) | USA-000427 |
| 3E | ShotSpotter Audio from Investigative Lead Summary Report (521-19226) | USA-000427 |
| 4A | Clipped Body Camera Footage from Ofc. Richard Isaacs on 05.26.2025 Time Stamp: 23:52:11 – 00:19:17 (27:06) | USA-000001 |
| 4B | Clipped Body Camera Footage from Ofc. Richard Isaacs on 05.26.2025 (Slowed Down/Frame by Frame) Time Stamp: 01:27 – 01:34 (00:31) | USA-000001 |
| 5 | Stills from Ofc. Richard Isaacs Body Camera Footage on 05.26.2025 | |

| A-E | | |
|---|---|---|
| 6A | Clipped Body Camera Footage from Ofc. Andrew Posante on 05.26.2025<br>Time Stamp: 0:23:54:45 – 23:58:19 (03:34) | USA-000156 |
| 6B | Clipped Body Camera Footage from Ofc. Andrew Posante on 05.26.2025<br>Time Stamp: 00:02:35 – 00:09:28 (06:53) | USA-000156 |
| 6C | Clipped Body Camera Footage from Ofc. Andrew Posante on 05.26.2025<br>Time Stamp: 00:16:09 – 00:20:50 (04:41) | USA-000156 |
| 7<br>A-F | Stills from Ofc. Andrew Posante's Body Camera Footage on 05.26.2025 | |
| 8 | Clipped Body Camera Footage from Ofc. Aaron Cosgrove on 05.26.2025<br>Time Stamp: 23:52:57 – 00:00:43 (07:45) | USA-000155 |
| 9A | Clipped Body Camera Footage from Ofc. Matthew Pridemore on 05.26.2025<br>Time Stamp: 00:16:54 – 00:19:48 (01:37) | USA-000003 |
| 9B | Clipped Body Camera Footage from Ofc. Matthew Pridemore on 05.26.2025<br>Time Stamp: 00:22:49 – 00:24:26 (02:53) | USA-000003 |
| 10A | CSU Photographs of the Firearms Seized on 05.26.2025 | USA-000060 |
| 10B | CSU Photographs of the Firearms Seized on 05.26.2025 | USA-000058 |
| 10C | CSU Photographs of the Firearms Seized on 05.26.2025 | USA-000024 |
| 10D | CSU Photographs of the Firearms Seized on 05.26.2025 | USA-000049 |
| 10E | CSU Photographs of the Firearms Seized on 05.26.2025 | USA-000048 |
| 10F | CSU Photographs of the Firearms Seized on 05.26.2025 | USA-000031 |
| 10G | CSU Photographs of the Firearms Seized on 05.26.2025 | USA-000056 |
| 10H | CSU Photographs of the Firearms Seized on 05.26.2025 | USA-000039 |
| 10I | CSU Photographs of the Firearms Seized on 05.26.2025 | USA-000027 |
| 10J | CSU Photographs of the Firearms Seized on 05.26.2025 | USA-000017 |
| 11A | Cellebrite Extraction from the iPhone 15 (ATF Item Number 5)<br>-Device Information Report | USA-000309 |
| 11<br>B-I | Cellebrite Extraction from the iPhone 15 (ATF Item Number 5)<br>-Photos | USA-000309 |
| 12 | Cellebrite Extraction from the iPhone 12 (ATF Item Number 10)<br>-Device Information Report | USA-000321 |
| 13A | Cellebrite Extraction from the iPhone 12 Mini (ATF Item Number 11)<br>-Device Information Report | USA-000357 |

| 13 B-C | Cellebrite Extraction from the iPhone 12 Mini (ATF Item Number 11) -Photos | USA-000357 |
|---|---|---|
| 14 A-K | Apple iCloud Extraction for Sanders.Juan@iCloud.com -Photos/Video | USA-000306 |
| 15A | Certified Jail Call (14:19) | USA-000158 |
| 15B | Certified Jail Call (14:29) | USA-000159 |
| 15C | Certified Jail Call (14:41) | USA-000160 |
| 16 | Certified Order from the Commonwealth of Kentucky v. Lajuan Sanders returning all keys seized by Office Isaacs on 05.27.2025 | USA-000604 |
| 17 | Screenshot from LMPD Property Room return to Lajuan Sanders | USA-000165 |
| 18 | Document from LMPD Property Room showing ID and signature from Lajuan Sanders | USA-000168 |
| 19 | Certified Records from the Kentucky Secretary of State Articles of Organization for Game Bred Realities, LLC | USA-000548 |
| 20 | Interstate Nexus Report | USA-000111 |
| 21A | Glock, 27 Gen 4, .40 caliber pistol, SN: BDWN027 and magazine | PHYSICAL |
| 21B | 13 rounds of assorted ammunition from the magazine loaded in the Glock, 27 Gen 4 pistol | PHYSICAL |
| 22A | Anderson Manufacturing, AM-15, multi-caliber AR variant style pistol, SN: 21061890 and magazine | PHYSICAL |
| 22B | 30 rounds of assorted ammunition from the magazine loaded in the Anderson Manufacturing, AM-15 pistol | PHYSICAL |
| 23 | Two sets of keys | PHYSICAL |
| 24A | Wallet | PHYSICAL |
| 24B | Lajuan Sanders ID | PHYSICAL |
| 25 | Apple iPhone 15 (ATF Item Number 5) | PHYSICAL |
| 26 | Apple iPhone 12 (ATF Item Number 10) | PHYSICAL |
| 27 | Apple iPhone 12 Mini (ATF Item Number 11) | PHYSICAL |
| | | |
| | LMPD Stolen Firearm Incident Report | USA-000139 |
| | Certified Records for Commonwealth of Kentucky v. Juan Leotis Sanders – 97-CR-001632 | USA-000101 |
| | Certified Records for Commonwealth of Kentucky v. Juan Leotis Sanders – 02-CR-002491 | USA-000094 |

3

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY


Mac Shannon
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911


## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for the defendant.


Mac Shannon
Assistant United States Attorney

4