UNITED STATES OF AMERICA,            Plaintiff,

v.            Criminal Action No. 3:25-cr-166-DJH

LAJUAN LEOTIS SANDERS,            Defendant.

* * * * *

## MEMORANDUM OF CONFERENCE AND ORDER

This matter came before the Court on April 13, 2026, with the following counsel participating:

| | |
|---|---|
| For the United States: | Mac Shannon, Kayla Campbell |
| For Defendant: | Casey McCall, Scott Barton |

The defendant was not present on the call. The Court and counsel discussed the jury pool questionnaire responses. (Docket No. 29; D.N. 33) The parties supplied the Court with a joint list of agreed-upon jurors to be excused prior to trial. By agreement of the parties, and after discussion of the questionnaire responses on the record, it is hereby

**ORDERED** that the following jurors are excused for cause from the trial of this matter: 142, 143, 164, 183, 219, 247, 256, 276, and 303.

April 14, 2026

**David J. Hale, Chief Judge**
**United States District Court**

Court Time: 00/35
Court Reporter: Dena Legg

cc:     Jury Administrator

1